IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | 14 C 5497 |
| Plaintiff, | ) | |
| | ) | Judge Guzman |
| v. | ) | Magistrate Judge Finnegan |
| | ) | |
| AM-MED DIABETIC SUPPLIES, INC., | ) | |
| d/b/a BEYOND MEDICAL USA, | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Able Home Health, LLC voluntarily dismisses its individual claims with prejudice and without costs against defendant Am-Med Diabetic Supplies, Inc. Plaintiff Able Home Health, LLC voluntarily dismisses its class claims against defendant Am-Med Diabetic Supplies, Inc. without prejudice and without costs. Plaintiff Able Home Health, LLC voluntarily dismisses its claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

      I, Heather Kolbus, certify that on September 15, 2014, I caused a true and accurate copy of the foregoing document to be served, via US Mail, on the following parties:

AM-MED DIABETIC SUPPLIES, INC.
C/O DAVID SOBLICK, REGISTERED AGENT
5180 W. ATLANTIC AVENUE, SUITE 107
DELRAY BEACH, FL 33484

Ari N. Rothman
Venable LLP
575 7th Street, NW
Washington, DC 20004

                                                                     s/ Heather Kolbus
                                                                     Heather Kolbus


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)